SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**CARLA GOWEN MCCLURG, OSB #165144**
Assistant United States Attorney
carla.mcclurg@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel. GENEVA WOODS HEALTH SUPPLIES PNW, LLC, dba MYMEDSUPPLIES, <br><br> Plaintiffs, <br><br> v. <br><br> **HOME EMERGENCY MEDICAL SUPPLY, INC.**, an Oregon corporation dba PACIFIC MEDICAL SUPPLY; SOUND HEALTH MEDICAL SUPPLY, INC., a Washington corporation; and SOUNDVIEW MEDICAL SUPPLY LLC, a Washington limited liability company, <br><br> Defendants. | Case No.: 3:21-cv-00824-SB <br><br> **UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** <br><br> **FILED UNDER SEAL** <br> Pursuant to the False Claims Act, <br> 31 U.S.C. §§ 3730(b)(2) and (3) |

On December 21, 2021, Relator Geneva Woods Health Supplies PNW, LLC filed a Notice of Voluntary Dismissal. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action

**United States' Notice of Consent to Dismissal**            **Page 1**

without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: December 22, 2021

        Respectfully submitted,

        SCOTT ERIK ASPHAUG
        United States Attorney


        *s/ Carla Gowen McClurg*
        **CARLA GOWEN MCCLURG, OSB#165144**
        Assistant United States Attorney